```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
FAUNA INTERNATIONAL,                            :
                                                :
                          Plaintiff,            :
                                                :       23 Civ. 7467 (JPC)
        -v-                                     :
                                                :              ORDER
JODHPURI INC. and                               :
L.C. MEHTA, SHEILA MEHTA,                       :
                                                :
                          Defendants.           :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 9, 2024, following a status conference, the Court referred this case to the Court-annexed Mediation Program. Dkt. 27. The Court understands that a mediation conference has not been held. The parties therefore ordered to file a joint status letter by July 2, 2024. In the status letter, the parties should advise the Court on why mediation was not conducted and whether this case may now be transferred to the District of New Jersey, as previously discussed with the parties at the May 9, 2024 conference.

    SO ORDERED.

Dated: June 27, 2024  
       New York, New York  
                                        JOHN P. CRONAN  
                                    United States District Judge