UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
FAUNA INTERNATIONAL,                                  :
:
Plaintiff,                 :
:                           23 Civ. 7467 (JPC)
-v-                             :
:                              ORDER
JODHPURI INC. and                                    :
L.C. MEHTA, SHEILA MEHTA,                :
:
Defendants.                :
:
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 4, 2025, the parties were ordered to "submit a letter advising the Court on

the status of the New Jersey liquidation proceedings by March 4, 2026." September 4, 2025 Minute

Entry. That date has passed without the parties filing the required letter. They shall do so by March

13, 2026.

SO ORDERED.

Dated: March 6, 2026
New York, New York                                   JOHN P. CRONAN
United States District Judge