UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                            :

FAUNA INTERNATIONAL,           :

                Plaintiff,      :

                            :         23 Civ. 7467 (JPC)

      -v-                 :

                            :           ORDER

JODHPURI INC. and           :
L.C. MEHTA, SHEILA MEHTA,      :

                            :

                Defendants.     :

                            :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 16, 2026, the parties were ordered to "file a joint letter to the Court on the status of the New Jersey liquidation proceedings and next steps in this matter by June 8, 2026." Dkt. 42. That date has passed without the parties filing the required letter. They shall do so by June 12, 2026. It is not the Court's responsibility to continuously remind the parties of their deadlines, *see* Dkt. 40 (similarly following up after a missed status letter), and the parties are warned that the failure to observe this Court's orders may result in sanctions.

      SO ORDERED.

Dated: June 9, 2026
      New York, New York                                           
                                           JOHN P. CRONAN
                                   United States District Judge